Service Copy

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

CASE NO: 194159                                           SECTION: D

CHAD GUIDRY

VERSUS

ANDY DRAYTON LOGGING, LLC, WEST BEND MUTUAL INSURANCE
COMPANY, AND ANDREW DRAYTON

FILED:_____     _____
                                            DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, Chad

Guidry, who files this Petition for Damages and represents the following:

I.

Made petitioner herein is Chad Guidry, a person of full age and majority and

domiciled in Terrebonne Parish.

II.

Made defendants herein are:

1. West Bend Mutual Insurance Company, a foreign insurance company

   unauthorized to do and doing business in the State of Louisiana;

2. Andy Drayton Logging, LLC, a foreign limited liability company unauthorized to

   do and doing business in Louisiana with its principal place of business in

   Michigan;

3. Andrew Drayton, a person of full age of majority, domiciled in Trenary,

   Michigan, individually and owner of Andy Drayton Logging, LLC.

III.

The defendants are responsible and liable jointly, severally, solitarily and/or

vicariously to petitioner because of a September 23, 2021 automobile accident in

Terrebonne Parish.

**DAVID W. ARCENEAUX**
**JUDGE-DIVISION D**



IV.

Petitioner, Chad Guidry, was driving a 2009 Chevrolet Silverado southbound on Prospect Boulevard.  At the same time, defendant, Andrew Drayton was driving a 2007 Kenworth with a trailer eastbound on East Main Street in Houma, Louisiana.

V.

Defendant, Andrew Drayton, failed to obey a red traffic signal at the intersection of Prospect Boulevard and East Main Street resulting in a collision between the petitioner and defendants' vehicles.

VI.

As a result of the collision, petitioner, Chad Guidry, suffered lasting injuries.

VII.

The factual and legal cause of Chad Guidry's injuries and damages was Andrew Drayton's negligence, which includes:

1. failure to be attentive and maintain a proper look-out;

2. failure to yield the right-of-way to petitioner;

3. failure to observe traffic conditions;

4. failure to be cautious;

5. reckless and/or negligent driving;

6. improper use of a turning lane to travel straight;

7. failure to yield to petitioner's vehicle;

8. proceeding through an intersection against a red light;

9. illegal use of a turning lane;

10. driving while distracted;

11. disregarding a traffic signal;

12. failure to obey a traffic signal;

13. failing to make sure it was safe to proceed through the intersection;

14. careless operation of his vehicle; and,

15. other acts of negligence identified during discovery and at trial.

VIII.

The defendant, Andy Drayton Logging, LLC., is liable to petitioner for the following negligent acts and/or omissions, which proximately caused or contributed to the subject accident:

1. failed to properly select, train and/or supervise the defendant driver;

2. negligently and carelessly allowed an unsafe driver to drive its vehicle;

3. failed to provide adequate ongoing and periodic training to its drivers;

4. failed to promulgate and enforce safety procedures that would have prevented the subject accident;

5. failed to provide adequate defensive driving to the defendant driver;

6. negligent entrustment of its vehicle to the defendant driver; and,

7. any other acts of negligence or violations of rules, regulations or statutes that may be discovered during discovery or at trial.

IX.

As a result of the accident and negligence described above, petitioner, Chad Guidry, is owed the following damages:

1. Past, present and future physical pain and suffering;

2. Past, present and future mental anguish, aggravation, annoyance and inconvenience;

3. Past, present and future disability (bodily and mental);

4. Past, present and future medical expenses;

5. Past, present and future lost wages;

6. Property damages, including diminution of value, sales tax and loss of use;

7. Loss of enjoyment of life;

8. Loss use/function of body parts;

9. Past, present and future emotional damages and psychological suffering; and,

10. Destruction of earning capacity.

X.

On the date of the accident, West Bend Mutual Insurance Company insured the 2007 Kenworth and trailer with a public liability policy, and thus insured said company for the negligent acts and omissions of its drivers. At the time of the accident, Andrew Drayton was an omnibus insured under said policy and was driving the aforesaid vehicle as part of his duties as an employee of Andy Drayton Logging, LLC.

XI.

At the time of accident Andrew Drayton was acting in the course and scope of his employment with Andy Drayton Logging, LLC. As the employer of the defendant driver, Andy Drayton Logging, LLC, is jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by said employee during the course and scope of said employee's employment.

XII.

Petitioner reserves the right to amend this petition as necessary concerning damages and other pertinent facts necessary for the prosecution of said matter.

XIII.

Andrew Drayton, Andy Drayton Logging, LLC and West Bend Mutual Insurance Company are jointly, severally, solidarily and vicariously liable and responsible to petitioner for the negligence and damages described above.

XIV.

Pursuant to La. C.C.P. art. 893, petitioner avers that his claims for damages exceed the amount requisite for a jury trial (i.e., $50,000), but reserve the right to amend as circumstances may dictate.

4

WHEREFORE, petitioner prays that defendants be cited and served and that after due proceedings are had there be judgment in favor of petitioner and against defendants jointly, severally, solidarily and vicariously for (1) such sums as are reasonable, (2) judicial interest from the date of judicial demand until paid, (3) all costs of this action, (4) all general and equitable relief, and (5) expert witness fees.

Respectfully submitted:

LAW OFFICE OF DONALD D'AUNOY JR, LLC

Donald D'Aunoy Jr. #31123
525 Clay Street
Kenner, Louisiana 70062
Phone: 504-508-6414
Fax: 855-898-1627
**Attorney for Petitioner**

PLEASE SERVE:

Andrew Drayton
Via the Long Arm Statute
N3958 ET Road
Trenary MI 49891

Andy Drayton Logging, LLC
Via the Long Arm Statute
Through its Registered Agent for Service of Process:
Andy Drayton
N5110 ET Road
Eben Junction, MI 49825

West Bend Mutual Insurance Company
Through the Long Arm Statute
1900 S. 18th Avenue
West Bend, WI 53095

FILED

JUL 20 2022
/s/ Larke E. Boudwin

DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA

LA. JUL 2 8 2022 , 20

BY Brittany N. Phillips
Deputy Clerk of Court

5