32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO. 194159                                             SECTION: D

CHAD GUIDRY

VERSUS

ANDY DRAYTON LOGGING, LLC,
WEST BEND MUTUAL INSURANCE COMPANY,
AND ANDREW DRAYTON

FILED: _____       _____
                                            DEPUTY CLERK

### PLAINTIFF'S ANSWERS TO INTERROGATORIES

NOW COMES, plaintiff, Chad Guidry, who, in answer to Interrogatories, propounded by defendants, Andy Drayton Logging, LLC, West Bend Mutual Insurance Company, Andy Drayton, avers as follows:

**INTERROGATORY NO. 1:**

State *your* full name, home address, current cell phone number, home telephone number, date of birth, Social Security number, Driver's License number and state that issued *your* driver's license. If *your* cell phone number at the time of *the accident* is not *your* current cell phone number, also state *your* cell phone number at the time of *the accident*, *identify* the cell phone provider for that cell phone number, and *identify* the person to whom the statement reflecting *your* cell phone usage at the time of *the accident* was addressed.

**ANSWER TO INTERROGATORY NO. 1:**

Chad David Guidry
124 Main St,
Houma, LA 70364

Cellphone: - 985-232-9364
DOB: - [redacted]

S.S.N: - [redacted]

D/L: - 008242684 LA

AT&T

**INTERROGATORY NO. 2:**

Describe fully and with particularity *the accident* (including stating when, where, how and/or why it happened) and *identify* all persons involved in *the accident*. State whether or not *you* were looking at, holding or using *your* cell phone in any way (e.g., placing or receiving a


DEFENDANT'S EXHIBIT 3

phone call, reading or sending a text or e-mail, taking photographs, looking at a map or app, etc.) at the time of *the accident* and one minute before *the accident*.

**ANSWER TO INTERROGATORY NO. 2:**

Please see attached police report for best description of the accident. Plaintiff was not using his cellphone at the time of the accident.

**INTERROGATORY NO. 3:**

*Identify* all persons whom *you* believe to be eyewitnesses to *the accident*.

**ANSWER TO INTERROGATORY NO. 3:**

None thus far.

**INTERROGATORY NO. 4:**

Without merely restating the allegations of *your* Petition, describe fully and with particularity each and every injury *you* contend *you* sustained as a result of *the accident*. In *your* answer, state whether or not *you* have had any surgery as a result of any such injuries, or whether or not surgery has been recommended to *you* or is planned in the future regarding any injuries *you* contend *you* sustained as a result of *the accident*. If *you* have had or will have such surgery, or such surgery has been recommended, describe the type of surgery *you* have had or will have, or the type of surgery recommended to *you*, the date *you* had or will have such surgery, and *identify* the physician who performed, or will perform, such surgery, or who recommended such surgery.

Defendant(s) may wish to have a medical examination pursuant to La. C.C.P. art. 1464 performed before any surgeries are performed. Accordingly, Defendant(s) hereby request(s) at least (60) days written notice of a scheduled surgery.

**ANSWER TO INTERROGATORY NO. 4:**

Please refer to attached medical records for any surgery recommended or procedures.

**INTERROGATORY NO. 5:**

*Identify* all physicians, doctors, physical therapists, psychiatrists, psychologists, counselors, social workers or any other health care providers of any type who have treated or examined *you* on account of any physical and/or mental injuries or damages *you* contend *you* sustained as a result of *the accident*.

**ANSWER TO INTERROGATORY NO. 5:**

Dr. Jonathan J. Boudreaux D.C
181 Corporate Dr,
Houma, LA 70360

Family Doctor Clinic
291 Liberty St.
Houma, LA 70360-4423

Orthopedic Care Center of Louisiana
4550 North Blvd Suite 101
Baton Rouge, LA 70806

Open MRI of Louisiana- Houma
1001 School Street
Houma, LA 70360

**INTERROGATORY NO. 6:**

*Identify* all of *your* primary care physicians during the preceding ten year period, starting with *your* current or most recent primary care physician. If *you* have had more than one primary care physician during the last ten years, state the years each physician identified has been *your* primary care physician.

**ANSWER TO INTERROGATORY NO. 6:**

Bruce Guidry
Family Doctor Clinic
291 Liberty St.
Houma, LA 70360-4423

**INTERROGATORY NO. 7:**

Itemize all damages *you* contend *you* have sustained as a result of *the accident*, by stating the dollar amount *you* contend *you* are entitled to for **EACH** separate element of damages *you* seek (e.g., past and future medical expenses, loss of income, loss of earning capacity, pain and suffering and/or mental anguish, loss of enjoyment of life, disability, loss of consortium, property damage, loss of use, etc.).

IF *YOU* ARE NOT MAKING A CLAIM FOR (1) LOSS OF WAGES, INCOME AND/OR LOSS OF EARNING CAPACITY, OR (2) PROPERTY DAMAGE AND/OR LOSS OF USE, PLEASE STATE SO IN *YOUR* ANSWER TO THIS INTERROGATORY. IF *YOU* ARE MAKING A CLAIM FOR ANY OF THESE TYPES OF DAMAGES, THEN STATE THE DOLLAR AMOUNT *YOU* CONTEND *YOU* ARE ENTITLED TO FOR EACH OF THESE TYPES OF DAMAGES.

Pursuant to La. C. C. P. arts. 893A(1) and/or 1732(1), do *you* stipulate that the total amount of damages, exclusive of interest and costs, does not exceed the sums of: (a) $50,000; or (b) $75,000? This Interrogatory is not "premature," because *you* can now state the minimum amount of damages *you* are *presently* seeking, based on the information *presently* available to *you*.

**ANSWER TO INTERROGATORY NO. 7:**

Total damage does exceed the $75,000.

**INTERROGATORY NO. 8:**

Are any of the medical expenses *you* have incurred as a result of *the accident* covered by Medicare and/or Medicaid (whether or not *you* submitted them Medicare and/or Medicaid, and whether or not Medicare and/or Medicaid has paid such expense)? If the answer to this question is yes, answer the following:

    (a)    list *your* medical expenses incurred as a result of *the accident* that have been submitted to Medicare and/or Medicaid; and

    (b)    list *your* medical expenses incurred as a result of *the accident* that have been paid by Medicare and/or Medicaid.

**ANSWER TO INTERROGATORY NO. 8:**

Plaintiff is not a recipient of Medicare or Medicaid.

Plaintiff reserves the right to supplement and/or amend any or all of these responses at a later date.

**INTERROGATORY NO. 9:**

Have *you* ever applied for and/or received benefits from the Social Security Administration ("SSA") because of a disability? If so, answer the following:

    (a)    describe any and all disabilities for which *you* have applied for and/or received SSA benefits;

    (b)    state the date *you* first applied for, and the date *you* first started receiving SSA benefits (if applicable); and

    (c)    the monthly amount of SSA benefits *you* receive (if applicable).

**ANSWER TO INTERROGATORY NO. 9:**

Not Applicable.

**INTERROGATORY NO. 10:**

*Identify your* employers for the ten year period preceding the date of these interrogatories, starting with *your* current or most recent employer. NOTE: The nature of any employment in the last ten years is relevant if *you* are making a claim for personal injuries, even if *you* are not asserting a claim for loss of income. For each employer *identified* in *your* answer to this interrogatory, state the following:

    (a)    the dates of *your* employment;

    (b)    *your* job title and a description of *your* job duties; and

(c) the reasons for the termination of *your* employment, if applicable.

**ANSWER TO INTERROGATORY NO. 10:**

Weather Ford 2009 to 2015
Shop Tec Building drilling tools
Houma, LA

Cr England 2015 to 2018
Truck Driver
Texas

Patriot Equipment Rentals 2018 to Present
Truck Driver
2005 Coteau Rd
Houma, LA 70364

**INTERROGATORY NO. 11:**

Did *you* lose any income, wages or earnings, and/or earning capacity, as a result of *the accident*, and/or are *you* making a damage claim for such loss? If *your* answer to this interrogatory is yes, for each employer or business *you* contend *you* have lost income, wages and/or earning capacity from as a result of *the accident*, state the following:

(a) the full name and address of such employer or business;

(b) the beginning and ending dates of *your* employment;

(c) *your* job title and a description of *your* job duties;

(d) an explanation of *your* current or most recent rate of pay (e.g., hourly, daily, weekly rate, or monthly or annual salary, or commission) and the amount thereof;

(e) the specific dates of the days of work *you* missed from that employment as a result of *the accident*; and

(f) the total amount of earnings and/or, earning capacity *you* have lost as a result of *the accident*, with an explanation of how *you* calculated such sum.

**ANSWER TO INTERROGATORY NO. 11:**

Plaintiff is not making a lost wage claim.

**INTERROGATORY NO. 12:**

State the full date of any and all **other** accidents and/or incidents (including without limitation, motor vehicle accidents, occupational or work place accidents or incidents, slip-and-falls, physical altercations, etc.) **you** have ever been involved in, and for each other accident date listed, state the following:

(a) a description of the other accident and/or incident (e.g., motor vehicle accident, slip-and-fall, altercation, etc.);

(b) with as much specificity as possible, the location of the other accident or incident (including street address, place name, city or town and state);

(c) with as much specificity as possible, a description of the physical and/or mental injuries *you* sustained as a result of that accident or incident;

(d) the *identity* of any physicians and/or health care providers who treated or examined *you* in connection with the other accident or incident;

(e) if *you* filed a lawsuit as a result of the other accident or incident, the caption of the lawsuit and the court the lawsuit was filed in; and

whether by the date of *the accident* in question *you* had recovered from the injuries

### ANSWER TO INTERROGATORY NO. 12:

None.

### INTERROGATORY NO. 13:

Have *you* ever been:

(a) convicted of or pled guilty to any crime in the last 10 years that was punishable by death or imprisonment in excess of six months; and/or

(b) convicted of or pled guilty to any crime which involved dishonesty or false statement?, If so, for each conviction or guilty plea, state the name of the crime *you* were convicted of or pled guilty to, the date of *your* conviction or guilty plea, and the court *you* were convicted in or pled guilty in.

### ANSWER TO INTERROGATORY NO. 13:

Plaintiff has never convicted or plead guilty to any crime.

### INTERROGATORY NO. 14:

Have *you* posted any comments, photographs and/or other content on any *Social Media* regarding *the accident*, any of the Defendants, any damages or injuries *you* complain of, any issues in the captioned lawsuit, and/or the captioned lawsuit? If so, then answer the following:

(a) state each date *you* posted any such content and the *Social Media* site *you* posted it on;

(b) describe with specificity and particularity the content *you* posted on each date stated; and

(c) produce a true copy of such content with *your* Answers to these Interrogatories, indicating the date it was posted.

*You* are hereby put on notice that deleting anything from *your* Facebook account and/or any other *Social Media* site from this point forward (including but not limited to posts, status updates, mail messages, photographs, friends, links, blogs, etc.) is considered spoliation of evidence and *you* and *your* counsel have an ethical obligation to ensure that all evidence is preserved.

**ANSWER TO INTERROGATORY NO. 14:**

None.

**INTERROGATORY NO. 15:**

Has any person, company or legal entity (including, but not limited to an insurance company) made any payments or tenders to *you* as a result of the injuries and/or damages *you* complain of arising out of *the accident*? If so, state the date of any payments *you* have received, the amount of any payments, *the identity* of the person, company or legal entity who made the payment, and a description of what the payments were for.

**ANSWER TO INTERROGATORY NO. 15:**

None.

**INTERROGATORY NO. 16:**

*Identify* each person *you* may call as a witness at the trial of this matter, and for each witness, describe with particularity the facts he or she will testify to. For any witness who will be tendered as an expert, state the field of expertise each expert witness will be tendered in and the full substance of any and all opinion(s) each such expert witness(es) will testify to.

**ANSWER TO INTERROGATORY NO. 16:**

Objection. This request is premature. However, in the spirit of cooperation, plaintiff submits the following.

All treating physicians and other health professionals will be considered "expert" witness and will be called upon to testify as such at the trial of this matter.

Plaintiff's specifically reserves the right to supplement and or amend this response at a later date.

**INTERROGATORY NO. 17:**

List by name/describe all *documents* or exhibits *you* may seek to use at the trial of this matter.

**ANSWER TO INTERROGATORY NO. 17:**

Objection. This request is premature. The request will be answered when the requested information is due pursuant to the scheduling order.

Plaintiff reserves the right to supplement the foregoing responses.

Respectfully submitted,

LAW OFFICE OF DONALD D'AUNOY JR, LLC

_____
Donald D'Aunoy Jr. #31123
525 Clay Street
Kenner LA 70062
Phone: 504-508-6414
Fax: 855-898-1627
**Attorney for Petitioner**

### CERTIFICATE

This is to certify that a copy of the above and foregoing has been served to all counsel of record by U.S. mail, fax, email and/or electronic filing this 10 day of September, 2022

_____
Donald D'Aunoy Jr. #31123